**WO**                                                                                    JKM

# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Shiu Kumar, | No. CV 10-0811-PHX-GMS (MEA) |
| Petitioner, | **ORDER TO SHOW CAUSE** |
| vs. | |
| Katrina Kane, | |
| Respondent | |

On April 27, 2010, Shiu Kumar (A095-785-296) filed a *pro se* Petition for Writ of Habeas Corpus pursuant to 28 U.S.C. § 2241 seeking his immediate release from custody on the grounds that his detention with no prospect that his removal would be effected in the reasonably foreseeable future was not authorized by law. See Zadvydas v. Davis, 533 U.S. 678 (2001) (when there is no reasonable likelihood that a foreign government will accept an alien's return in the reasonably foreseeable future, the INS may not detain the alien for more than the presumptively reasonable period of six months).

Respondent has filed a Suggestion of Mootness (Doc. #4) asserting that Petitioner was released on an order of supervision on May 13, 2010. A habeas corpus "petitioner's release from detention under an order of supervision 'moots his challenge to the legality of his extended detention.'" Abdala v. INS, 488 F.3d 1061, 1064 (9th Cir. 2007) (quoting Riley v. INS, 310 F.3d 1253, 1256-57 (10th Cir. 2002). Accordingly, Petitioner will be required to show good cause why this action should not be dismissed as moot.

**JDDL**

1 **IT IS ORDERED** that **within 10 days** from the date this Order is filed Petitioner
2 must file a response to this Order showing good cause why this action should not be
3 dismissed as moot.

4 **IT IS FURTHER ORDERED** that the Clerk of Court must enter a judgment of
5 dismissal of this action as moot without further order of the Court if a response to this Order
6 is not filed within 10 days from the date this Order is filed.

7 DATED this 29th day of June, 2010.

*/s/ G. Murray Snow*
G. Murray Snow
United States District Judge